Arron M. **LEWIS**, Plaintiff–Appellant

v.

Wendy **KELLEY**, Director, Arkansas Department of Correction; Steve Outlaw, Deputy Warden, Tucker MSU; Stanley Robinson, Captain, Tucker MSU, Defendants–Appellees.

No. 15–3398.

United States Court of Appeals, Eighth Circuit.

Submitted: April 19, 2016.

Filed: April 27, 2016.

Arron M. Lewis, Grady, AR, pro se.

Amber R. Schubert, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

PER CURIAM.

Arron M. Lewis appeals the district court's [1] adverse grant of summary judgment on his 42 U.S.C. § 1983 claim that he was denied permission to communicate with his wife. After careful de novo review, *see Beaulieu v. Ludeman,* 690 F.3d

of Arkansas.

1. The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

1017, 1024 (8th Cir.2012) (de novo review of grant of summary judgment), we conclude that summary judgment was appropriate for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.